IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICK S., a minor by and through his parent and natural guardian, James S., et al. | : : : : | CIVIL ACTION |
| vs. | : : | |
| THE MARPLE-NEWTOWN SCHOOL DISTRICT | : : | NO. 02-02981 |

O R D E R

**AND NOW, TO WIT**: This 10th day of September, 2002, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.


**MICHAEL E. KUNZ**, Clerk of Court

BY:_____
    Arlene L. Quinn
    Deputy Clerk

faxed to:                          mailed to:
Dennis C. McAndrews, Esq.
9/10/02 - alq


Civ 2 (8/2000)
41.1(b)